United States Bankruptcy Court
District of Puerto Rico

IN RE: CARMELO FLORES SANTOS

Case No. 04-12277

Chapter 13

2004 DEC -3 AM 10: 12

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 12/01/04                    ☐ AMENDED PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION              Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 445.00 | 12 | 5,340.00 |
| 495.00 | 12 | 5,940.00 |
| 545.00 | 12 | 6,540.00 |
| 595.00 | 16 | 9,520.00 |

TOTAL: $ 27,340.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from: _____
☐ Sale of Property identified as follows: _____

☒ Other: Increasing of salary

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 27,340.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,300.00

Signed: _____ Debtor

Joint Debtor

Attorney for Debtor R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW    Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
   Cr. Daimler Chrys  Cr. _____ Cr. _____
   # 00001012009027#8  # _____ # _____
   $ 22,500.00  $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
   See below
5. ☐ Other: _____
6. ☒ Debtor otherwise maintains regular payments directly to:
   Asume - payroll deduction
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
LV 0

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.
Insurance for DC 's collateral w/Universal Insurance Company [@$47 x 22 mo. = @$ _____ ). Maturity date: 5/04/07 /$1,034.00

DEC 08 2004