United States Bankruptcy Court
District of Puerto Rico

**IN RE:** CARMELO FLORES SANTOS

Debtor(s)

Case No. 04-12277
Chapter 13

2004 DEC -3 AM 10: 12

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 12/01/04
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 445.00 x 12 = $ 5,340.00
$ 495.00 x 12 = $ 5,940.00
$ 545.00 x 12 = $ 6,540.00
$ 595.00 x 16 = $ 9,520.00
$ _____ x _____ = $ _____

TOTAL: $ 27,340.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☒ Other:
Increasing of salary

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 27,340.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,300.00

Signed: _____
Debtor

Joint Debtor

Attorney for Debtor R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW    Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
Cr. Daimler Chrys  Cr. _____ Cr. _____
# 000010120090278  # _____ # _____
$ 22,500.00  $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
See below
5. ☐ Other: _____
6. ☒ Debtor otherwise maintains regular payments directly to:
Asume - payroll deduction
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
LV 0

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.
Insurance for DC 's collateral w/Universal Insurance Company [@$47 x 22 mo. = @$ _____ ). Maturity date: 5/04/07
/$1,034.00

DEC 08 2004

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

Case:04-12277-GAC13  Doc#:5  Filed:12/13/04  Entered:12/13/04 00:00:00  Desc:
Converted from NIBS  Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: DR              Page 1 of 1              Date Rcvd: Dec 08, 2004
Case: 04-12277GAC             Form ID: I01          Total Served: 14
```

The following entities were served by first class mail on Dec 10, 2004.
```
D         FLORES SANTOS, CARMELO,    PMB 493 BOX 4952,    CAGUAS, PR 00726-4952
DA        ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN, PR 00919-3677
         +AUTORIDAD ENERGIA ELECTRICA,    PO BOX 4267,    SAN JUAN, PR 00958-1267
          CENTURY LIQUIDATION INC,    438 FIFTH AVE,    PELHAM, NY 10803-1257
          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140 OFICINA 424-B,    SAN JUAN, PR 00902-4140
          DEPT JUSTICE-FEDERAL LITIGATION,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
         +PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE 12 FLOOR,
            SAN JUAN, PR 00918-3352
          STATE INSURANCE FUND,    PO BOX 365028,    SAN JUAN, PR 00936-5028
         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
1         ISLAND FINANCE,    PO BOX 195369,    SAN JUAN, PR 00919-5369
2         PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN, PR 00936-0998
3         VERIZON WIRELESS,    PO BOX 70366,    SAN JUAN, PR 00936-8366
4         DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN, PR 00919-5286
```

The following entities were served by electronic transmission on Dec 08, 2004 and receipt of the transmission was confirmed on:
```
T         E-mail: ebnmail@ch13-pr.com Dec 08 2004 20:00:11      JOSE RAMON CARRION MORALES,    PO BOX 9023884,
            SAN JUAN, PR 00902-3884
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2004**                    **Signature:** _Joseph Speetjens_