TO: UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**

DEBTOR NAME: CARMELO FLORES SANTOS   CASE NO. 04-12277-G

TAPE NO. _____   TIME: _____

1) DEBTOR(S):
   __ PRESENT  ✓ NOT PRESENT

ATTY: *ROBERTO FIGUEROA CARRASQUILL*
R2016 STM. $1,500.00

2) DEBTOR(S) EXAMINED UNDER OATH:
   __ YES  ✓ NO

6) PLAN: DATED Wed Dec 01, 2004
   BASE $ 27,340.00
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

3) DEBTOR'S ATTORNEY:
   ✓ PRESENT
   __ NOT PRESENT

7) MEETING: __ CLOSED
   __ CONTINUED TO: _____
   ✓ NOT HELD

4) COMPLETED SCHEDULE:
   ✓ FILED  __ NOT FILED

5) CREDITORS:
   __ NOT PRESENT
   ✓ PRESENT
   —Hacienda

8) FIRST PAYMENT DUE: Sun Jan 02, 2005
   __ TENDERED AT 341 MEETING
   __ EVIDENCE SHOWN  (NO)

9) DEBTOR ATTORNEY R2016(b) STATEMENT
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

10) LIQUIDATION VALUE $ TBD

3rd Bankruptcy

============================================
TRUSTEE'S RECOMMENDATION FOR CONFIRMATION
CONF. DATE Thu Mar 24, 2005  TIME 8:30 AM

[ ] FAVORABLE AT 341   [ ] CONTINUED   [✓] UNFAVORABLE

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)
[ ] UNFAIR DISCRIMINATION SEC 1322(b)
[ ] FAILS DISPOSIBLE INCOME TEST
[ ] INSUFFICIENTLY FUNDED SEC 1325(b)
[ ] FAIL CREDITOR'S BEST INTEREST TEST SEC 1325(a)(4)
[ ] AMENDED PLAN, [ ] AMENDED SCHEDULES _____
[ ] NEED TO PROVIDE: [ ] INSURANCE OR [ ] AMOUNT OF PREMIUM
[ ] CHANGE [ ] STATE / [ ] ADDRESS [ ] SOCIAL SECURITY _____
[ ] BUSINESS: [ ] MONTHLY REPORTS _____

MOTION TO DISMISS (MTD):
[ ] 10 DAYS IF NO PAYMENT   [X] NO SHOW   [X] NO PAYMENTS

COMMENTS: MTD

_____   January 13, 2005
TRUSTEE OR PRESIDING OFFICER   DATE