IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 04-12277 GAC

Chapter 13

FLORES SANTOS, CARMELO

XXX-XX-6351

**FILED & ENTERED ON 2/4/2005**

Debtor(s)

ORDER & NOTICE

The hearing on confirmation scheduled for 3/24/2005 is hereby cancelled. The same is hereby rescheduled for 3/10/2005 at 01:30 p.m., in the United States Bankruptcy Court, Courtroom 3, 300 Recinto Sur Street, San Juan, Puerto Rico.

The Clerk shall notify all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 4 day of February, 2005.

Gerardo A. Carlo
U.S. Bankruptcy Judge

cc: All creditors