IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 04-12277 GAC

FLORES SANTOS, CARMELO

Chapter 13

XXX-XX-6351

**FILED & ENTERED ON 2/4/2005**

Debtor(s)

ORDER & NOTICE

The hearing on confirmation scheduled for 3/24/2005 is hereby cancelled. The same is hereby rescheduled for 3/10/2005 at 01:30 p.m., in the United States Bankruptcy Court, Courtroom 3, 300 Recinto Sur Street, San Juan, Puerto Rico.

The Clerk shall notify all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 4 day of February, 2005.

Gerardo A. Carlo
U.S. Bankruptcy Judge

cc: All creditors

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: CBF              Page 1 of 1                Date Rcvd: Feb 04, 2005
Case: 04-12277GAC             Form ID: I01           Total Served: 15


The following entities were served by first class mail on Feb 06, 2005.
 D          FLORES SANTOS, CARMELO,    PMB 493 BOX 4952,    CAGUAS,PR 00726-4952
 DA         ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN,PR 00919-3677
            DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902-4140
            STATE INSURANCE FUND (SIF),    PO BOX 365028,    SAN JUAN,PR 00936-5028
           +INTERNAL REVENUE SERVICES (IRS),    MERCANTIL PLAZA BLDG ROOM 1014,    2 PONCE DE LEON AVE STEP 27 1/2,
              SAN JUAN,PR 00918-1621
            DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
           +AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00958-1267
           +PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
              505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918-3352
           +US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1928
 1          ISLAND FINANCE,    PO BOX 195369,    SAN JUAN,PR 00919-5369
 2          PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN,PR 00936-0998
 3          VERIZON WIRELESS,    PO BOX 70366,    SAN JUAN,PR 00936-8366
 4          DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN,PR 00919-5286
 5          ISLAND FINANCE PUERTO RICO INC,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,    SAN JUAN,PR 00919-5369

The following entities were served by electronic transmission on Feb 04, 2005 and receipt of the transmission
was confirmed on:
 T          E-mail: ebnmail@ch13-pr.com Feb 04 2005 20:45:12     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
              SAN JUAN,PR 00902-3884
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2005**                              **Signature:** _Joseph Speetjens_