IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

Carmelo Flores Santos

Debtor(s)

CASE NO. 04-12277 GAC

Chapter 13

FILED & ENTERED
MAR 02 2005
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

### ORDER DISMISSING CASE

Upon the Trustee's application for dismissal of the above captioned case on the grounds that the debtor(s) failed to comply with the plan and the payments required thereunder, and the debtor(s) having failed to timely reply to said motion,

IT IS ORDERED that the case shall be, and it hereby is DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 2nd day of March, 2005.

GERARDO A. CARLO
U. S. Bankruptcy Judge

cc: All creditors

RE # 7