IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

Carmelo Flores Santos

CASE NO. 04-12277 GAC

Chapter 13

Debtor(s)

FILED & ENTERED

MAR 02 2005

U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## ORDER DISMISSING CASE

Upon the Trustee's application for dismissal of the above captioned case on the grounds that the debtor(s) failed to comply with the plan and the payments required thereunder, and the debtor(s) having failed to timely reply to said motion,

IT IS ORDERED that the case shall be, and it hereby is DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 2nd day of March, 2005.

GERARDO A. CARLO
U. S. Bankruptcy Judge

cc: All creditors

RE # 7

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: calderonv           Page 1 of 1                    Date Rcvd: Mar 02, 2005
Case: 04-12277                Form ID: pdf001           Total Served: 15


The following entities were served by first class mail on Mar 04, 2005.
   db          CARMELO FLORES SANTOS,    PMB 493 BOX 4952,    CAGUAS, PR  00726-4952
   aty         ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN, PR  00919-3677
   smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
   smg        +ELECTRICA AUTORIDAD ENERGIA,    PO BOX 4267,    SAN JUAN, PR 00958-1267
   smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
   smg         INTERNAL REVENUE SERVICE,    MERCANTIL PLAZA BLDG,    ROOM 1014,    SAN JUAN, PR  00918-1693
   smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR   00918
   smg         STATE INSURANCE FUND,    PO BOX 365028,    SAN JUAN, PR  00936-5028
   ust        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
   2095728     DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN, PR  00919-5286
   2095727     ISLAND FINANCE,    PO BOX 195369,    SAN JUAN, PR  00919-5369
   2095725     ISLAND FINANCE PUERTO RICO INC,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,    SAN JUAN, PR  00919-5369
   2095724     PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN, PR  00936-0998
   2095726     VERIZON WIRELESS,    PO BOX 70366,    SAN JUAN, PR  00936-8366

The following entities were served by electronic transmission on Mar 02, 2005 and receipt of the transmission
was confirmed on:
   tr          E-mail: ebnmail@ch13-pr.com Mar 02 2005 19:31:15     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
               SAN JUAN, PR  00902-3884
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2005**          **Signature:** _Joseph Speetjens_