UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

```
IN RE: CARMELO FLORES SANTOS                                    CASE No.
       PMB 493
       BOX 4952                                                 04-12277-G
       CAGUAS PR             00726-4952      JUDGE: GERARDO A. CARLO
```

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-6351
SS#2 -

| This Case was Commenced on Dec 3, 2004 | The Plan was Confirmed on | The Case was Conclude on Mar 23, 2005 |

THE SUBJECT CASE HAS BEEN DISMISSED BEFORE CONF

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.                                                          $        .00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| DAIMLER CHRYSLER | CAR IN FU | .00 | .00 | .00 | .00 |
| ISLAND FINANCE | UNSECURED | 3150.00 | .00 | .00 | .00 |
| PUERTO RICO TELEPHONE COMPAN | UNSECURED | .00 | .00 | .00 | .00 |
| UNIVERSAL INSURANCE COMPANY | PRIORITY | .00 | .00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | .00 | .00 | .00 | .00 |
| CARMELO FLORES SANTOS | REFUND | .00 | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | | TOTAL PAID |
| AMT ALL | .00 | .00 | 3150.00 | | .00 | 3150.00 | PRINCIPAL |
| PRIN PD | .00 | .00 | .00 | | .00 | .00 | AND INT. |
| INT PAID | .00 | .00 | .00 | | .00 | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE

```
CASE NO. 04-12277-G
DEBTOR(S): CARMELO FLORES SANTOS
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
        DEBTOR'S ATTORNEY              FEE ALLOWED      FEE PAID
*ROBERTO FIGUEROA CARRASQUILL*           1300.00            .00
-----------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

FILING FEE    ADDITIONAL CHARGES            TRUSTEE           OTHER
             ------------------------   -------------------
& DEPOSIT     1% OF      .25 EA CLAIM   EXP. & COMPENSATION   COST
              RECEIPTS   OVER 10             FUND
----------    --------   ------------   -------------------   --------
   .00                       .00              .00 /    .00      .00        .00
```

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: 31 MAR 2005

/s/ JOSE R. CARRION
JOSE R. CARRION, TRUSTEE

04-12277 GAC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | CARMELO FLORES SANTOS<br>PMB 493<br>BOX 4952<br>CAGUAS, PR 00726-4952 |
| DAIMLER CHRYSLER<br>PO BOX 195286<br>SAN JUAN, PR 00919 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |
| PUERTO RICO TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 | UNIVERSAL INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 |
| VERIZON WIRELESS<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | |

DATED: March 31, 2005

ROSA M QUINONES
OFFICE OF THE CHAPTER 13 TRUSTEE