IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

Carmelo Flores Santos

Debtor(s)

CASE NO. 04-12277 GAC

Chapter 13

FILED & ENTERED
JUN 09 2005
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

**ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE**

The Order or Judgment dismissing this case was entered. The Chapter 13 Trustee has filed a Final Report and Account of the administration of this case, which Report and Account has been duly notified to all creditors and parties in interest, giving them thirty (30) days to object, as certified by the trustee. No objection has been filed. Accordingly, it is now

ORDERED that the trustee is hereby discharged, that his bond is cancelled, and the surety thereon released from further liability thereunder. The estate is hereby cancelled.

SO ORDERED.

San Juan, Puerto Rico, this 9th day of June, 2005.

GERARDO A. CARLO
U. S. Bankruptcy Judge

cc: Chapter 13 Trustee