IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

Carmelo Flores Santos

Debtor(s)

CASE NO. 04-12277 GAC

**FILED & ENTERED**

**JUN 0 9 2005**

Chapter 13

U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered. The Chapter 13 Trustee has filed a Final Report and Account of the administration of this case, which Report and Account has been duly notified to all creditors and parties in interest, giving them thirty (30) days to object, as certified by the trustee. No objection has been filed. Accordingly, it is now

ORDERED that the trustee is hereby discharged, that his bond is cancelled, and the surety thereon released from further liability thereunder. The estate is hereby cancelled.

SO ORDERED.

San Juan, Puerto Rico, this 9th day of June, 2005.

GERARDO A. CARLO
U. S. Bankruptcy Judge

cc: Chapter 13 Trustee

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3           User: calderonv          Page 1 of 1                Date Rcvd: Jun 09, 2005
Case: 04-12277                 Form ID: pdf002          Total Served: 10

The following entities were served by first class mail on Jun 11, 2005.
 db           CARMELO FLORES SANTOS,    PMB 493 BOX 4952,    CAGUAS, PR   00726-4952
 aty          ROBERTO FIGUEROA CARRASQUILLO,    PO BOX 193677,    SAN JUAN, PR   00919-3677
 ust         +EDWARD A. GODOY,    OFFICE OF THE U. S. TRUSTEE,    OCHOA BUILDING, 3RD FLOOR,
               500 TANCA STREET, SUITE 301,    SAN JUAN, PR 00901-1928
 ust         +MARIA DE LOS ANGELES GONZALEZ,    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,
               500 TANCA ST SUITE 301,    SAN JUAN, PR 00901-1928
 ust         +MONSITA LECAROZ ARRIBAS,    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,    500 TANCA STREET   SUITE 301,
               SAN JUAN, PR 00901-1928
 ust         +MONSITA LECAROZ ARRIBAS (MM),    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,
               500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
 ust         +NANCY PUJALS,    OFFICE OF THE US TRUSTEE,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
 ust         +OFFICE U.S. TRUSTEE,    EXECUTIVE OFFICE OF THE US TRUSTEE,    500 TANCA STREET,    SUITE 301,
               SAN JUAN, PR 00901-1928
 ust         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928

The following entities were served by electronic transmission on Jun 09, 2005 and receipt of the transmission
was confirmed on:
 tr           E-mail: ebnmail@ch13-pr.com Jun 09 2005 23:01:33     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
               SAN JUAN, PR   00902-3884
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 11, 2005**          **Signature:** *Joseph Speetjens*